George **WILLIAMS, Jr., v. BANK OF MORGAN CITY & TRUST CO. in Liquidation et al.***

**No. 1422.**

Court of Appeal of Louisiana. First Circuit. June 14, 1935.

C. A. Blanchard, of Morgan City, for appellant.

Wise & Wise and J. Y. Gilmore, all of Morgan City, for appellees.

EDWARD T. WEEKS, Judge ad hoc.

This case is similar in facts and as to the principles of law applying thereto, to the case of Watkins v. Bank (La. App.) 162 So. 262, this day decided and the same reasons given in the Watkins Case apply equally here.

Hence, for the reasons given in the said case of J. S. Watkins v. the same defendant, it is hereby decreed that the judgment appealed from be, and the same is hereby, affirmed; costs in the trial court and also costs of appeal are to be paid by plaintiff.

ELLIOTT, J., dissenting for reasons stated, 162 So. 265.

LE BLANC, J., recused.

*Rehearing denied June 29, 1935. Writ of error refused Aug. 30, 1935.